Brett D. Ekins (SBN 194736)
JONES WALDO HOLBROOK & MCDONOUGH
301 N. 200 E., Suite 3A
St. George, UT  84770
Telephone:  (435) 986-2124
Facsimile: (435) 628-5225
bekins@joneswaldo.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA ONE TRANSPORTER, INC., a California corporation, and AMERICAN HEAVY MOVING AND RIGGING, INC., a California corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>PERKINS MOTOR TRANSPORT, INC. d/b/a PERKINS SPECIALIZED TRANSPORTATION, a Minnesota corporation,<br><br>　　　　　　　　Defendant. | Case No. 3:13-cv-02662-H-NLS<br><br>**ANSWER TO COUNTERCLAIM**<br><br>Hon. Marilyn L. Huff |
| PERKINS MOTOR TRANSPORT, INC. d/b/a PERKINS SPECIALIZED TRANSPORTATION, a Minnesota corporation,<br><br>　　　　　　　　Counterclaimant,<br><br>v.<br><br>ALPHA ONE TRANSPORTER, INC., a California corporation, and AMERICAN HEAVY MOVING AND RIGGING, INC., a California corporation,<br><br>　　　　　　　　Counterdefendants. | |

//

//

//

95624.1

Plaintiffs and counterclaim defendants Alpha One Transporter, Inc. and American Heavy Moving and Rigging, Inc. (collectively, "Plaintiffs") answer the counterclaim of defendant Perkins Motor Transport, Inc. d/b/a Perkins Specialized Transportation ("Perkins") as follows:

1. As to the first sentence of paragraph 1, Plaintiffs admit that Perkins purports to bring its counterclaims pursuant to the referenced statutes. As to the second and third sentences of paragraph 1, the allegations made therein state legal conclusions that do not require admission or denial. Plantiffs deny any remaining allegations contained in paragraph 1.

2. Admitted.

3. Admitted.

4. Admitted, with the clarification that the assignee of the '897 patent is Alpha One Transporter, Inc., not "Alpha One Transportator, Inc.".

5. Plaintiffs repeat and re-allege their answers to all previous paragraphs of the Counterclaim as if fully set forth herein.

6. Denied.

7. Plaintiffs repeat and re-allege their answers to all previous paragraphs of the Counterclaim as if fully set forth herein.

8. Denied.

9. Denied.

DATED this 13th day of January, 2014.

/s/ Brett D. Ekins
Brett D. Ekins (SBN194736)
*Attorneys for Plaintiffs*

2

95624.1