1    G. Scott Williams (SBN 226516)
     Seltzer Caplan McMahon Vitek
2    2100 Symphony Towers
     750 B Street
3    San Diego, California 92101
     Tel: (619) 685-3151
4    Fax: (619) 702-6842
     E-mail: swilliams@scmv.com
5
     *Attorneys for Defendants Goldhofer,*
6    *Intermountain and Barnhart*

7                **UNITED STATES DISTRICT COURT**

8               **SOUTHERN DISTRICT OF CALIFORNIA**

9    ALPHA ONE TRANSPORTER, INC.,        Case No. 13-CV-2662-H
     a California corporation, and       Case No. 13-CV-2663-H
10   AMERICAN HEAVY MOVING AND           Case No. 13-CV-2669-H
     RIGGING, INC., a California
11   corporation,
                    Plaintiffs,
12   v.
     PERKINS MOTOR TRANSPORT,
13   INC., d/b/a PERKINS SPECIALIZED
     TRANSPORTATION, a Minnesota
14   corporation,
                    Defendant.
15

16   ALPHA ONE TRANSPORTER, INC., a      **DEFENDANTS GOLDHOFER,**
     California corporation, and AMERICAN  **INTERMOUNTAIN AND**
17   HEAVY MOVING AND RIGGING,           **BARNHART'S NOTICE OF MOTION**
     INC., a California corporation,      **AND MOTION FOR SUMMARY**
18                  Plaintiffs,           **JUDGMENT OF INVALIDITY OF**
     v.                                   **PLAINTIFFS' U.S. PATENT 8,424,897**
19   GOLDHOFER FAHRZEUGWERK
     GMBH & CO., a German corporation,
20   INTERMOUNTAIN RIGGING AND
     HEAVY HAUL, a Utah corporation, and
21   BARNHART CRANE AND RIGGING
     CO., a Delaware corporation,
22                  Defendants.
23   ALPHA ONE TRANSPORTER, INC., a      Date: July 7, 2014
     California corporation, and AMERICAN  Time: 10:30 a.m.
24   HEAVY MOVING AND RIGGING,           Courtroom 15A
     INC., a California corporation,
25                  Plaintiffs,           Hon. Marilyn L. Huff
     v.
26   BRAGG COMPANIES d/b/a HEAVY
     TRANSPORT, INC., and SCHEUERLE
27   FAHRZEUGFABRIK GMBH, a German
     corporation,
28                  Defendants.

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on July 7, 2014, at 10:30 a.m., or as soon thereafter as counsel can be heard, in the courtroom of the Honorable Marilyn L. Huff (Courtroom 15A), located at 333 West Broadway, San Diego, California 92101, Defendants Goldhofer AG ("Goldhofer"), Intermountain Rigging and Heavy Haul ("Intermountain"), Barnhart Crane and Rigging Company ("Barnhart") (collectively "Defendants") will, and hereby do, move for summary judgment.

The Motion will be and hereby is made on the grounds that Plaintiffs' U.S. Patent No. 8,424,897 is invalid in view of Plaintiffs' prior disclosures and publication as as well as activities, including sales of the claimed system.

The Motion will be and is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities and Declaration of P. Branko Pejic (and Exhibits thereto); all pleadings and papers on file in this action; and upon such other matters as may be presented to the Court at or before the time of the hearing.

Dated: May 16, 2014                    Respectfully submitted,

                                       */s/ G. Scott Williams*
                                       G. Scott Williams (226516)
                                       Seltzer Caplan McMahon Vitek
                                       2100 Symphony Towers
                                       750 B Street
                                       San Diego, California 92101
                                       Tel: (619) 685-3151
                                       Fax: (619) 702-6842
                                       E-mail: swilliams@scmv.com

                                       *Attorneys for Defendants Goldhofer AG,*
                                       *Intermountain Rigging and Heavy Haul,*
                                       *and Barnhart Crane and Rigging Co.*

OF COUNSEL:

GREENBLUM & BERNSTEIN, P.L.C.
Neil F. Greenblum
P. Branko Pejic

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jill M. Browning
1950 Roland Clarke Place
Reston, VA 20191
(703) 716-1191
ngreenblum@gbpatent.com
bpejic@gbpatent.com
jbrowning@gbpatent.com